UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE: PROJECTS TO EMPOWER AND
ORGANIZE THE PSYCHIATRICALLY
LABELED, INC. d/b/a PEOPLE USA,

                    Plaintiff,

      -against-

TOWN OF CARMEL PLANNING BOARD and
TOWN OF CARMEL,

                    Defendants.

**ORDER**

26-CV-02485 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 26, 2026, counsel for all parties appeared for a pre-motion conference concerning Defendants Town of Carmel Planning Board and Town of Carmel's anticipated motion to dismiss the Complaint. (Doc. 8). The Court directed the parties to meet and confer regarding settlement and, on or before June 25, 2026, counsel for Defendants shall file a letter via ECF advising the Court whether or not the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed Mediation Program. The Court further directed Plaintiff's counsel to promptly file via ECF a copy of the Verified Petition and Complaint, signed by counsel. Finally, the Court granted Defendants leave to move to dismiss Plaintiff's eighth, ninth, tenth, eleventh, twelfth, and thirteenth claims for relief, and set the following briefing schedule: motion to dismiss shall be served, not filed, by July 17, 2026; opposition shall be served, not filed, by August 21, 2026; reply shall be served by September 4, 2026; and all papers shall be filed on the reply date, September 4, 2026. *See* Transcript.

2

**SO ORDERED.**

Dated:    White Plains, New York
          May 26, 2026

_____
PHILIP M. HALPERN
United States District Judge

2