MSSV
CELEBRATING 25 YEARS

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°

**ASSOCIATES**
BRANDON H. DORMAN
WALDER THAME-TURNER°
DYLAN NIEVAS
LIZAURY RODRIGUEZ MARINE
DANIEL Y. J. PARK

**WRITER'S DIRECT DIAL:**
(516) 743-9559

**WRITER'S E-MAIL:**
MSAVOIARDO@MSSSV.COM

MEMO ENDORSED

June 24, 2026

The request for an adjournment is GRANTED. The settlement conference is rescheduled to **September 24, 2026 at 2:30 pm on Teams.** Plaintiff's demand is due September 10th; Defendant's response isdue September 17th.

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
Dated: July 14, 2026

**VIA ECF**
Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: People USA v. Town of Carmel Planning Board, et al.
Docket No.: 26-cv-02485(PMH)(VR)

Dear Judge Reznik:

Our office represents the defendants in the above-referenced matter. We write to respectfully request that the Court reschedule the video conference scheduled for August 27th. Unfortunately, I am unavailable on August 27th as my nine (9) year old son will be undergoing surgery that day. I have conferred with Plaintiff's counsel. The parties are available on September 11, 14 (afternoon only), 17, 18, 21, 24 & 25th.

We appreciate the Court's attention to this matter.

Very truly yours,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Maurizio Savoiardo

cc: All parties via ECF